FILED
CLERK, U.S. DISTRICT COURT

JUN 17 ...

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE VENEGAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>G.J. GIURBINO, Warden,<br><br>　　　　Respondent. | No. ED CV 06-511-DSF (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6-16-08

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE